IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DEREK MYERS**
and
**ASHLEY MYERS,**                                                           Civil Action Number
                                                                                                    2:11-cv-02500-RDR -KGS
       **Plaintiff,**

  vs.

**VIKING COLLECTION SERVICE, INC.,**

       **Defendant.**

## NOTICE OF SETTLEMENT

     COME NOW Plaintiffs by and through their attorney J. Mark Meinhardt and for their Notice of Settlement, hereby states as follows:

1. The Plaintiffs and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

                                       Respectfully submitted,

Dated: November 7, 2011         By: s/ J. Mark Meinhardt
                                              J. Mark Meinhardt KS # 20245
                                              4707 College Blvd, Suite 100
                                              Leawood, KS 66211
                                              (913) 451-9797 (Office) & (913) 451-6163 (Fax)
                                              meinhardtlaw@sbcglobal.net
                                              **ATTORNEY FOR PLAINTIFF**